# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TACO BELL CORP., a California corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 3:20-cv-01473-LAB-BLM<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal with prejudice. (Docket no. 12.) Although Defendant Taco Bell Corporation has appeared, it has not filed an answer or motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

DATED: February 1, 2021

_____
Hon. Larry A. Burns
United States District Judge